IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMOTHY SPENCER                                                                                       PLAINTIFF

V.                                              3:06CV000233-JFF

MICHEAL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT


**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner REVERSED, and Judgment is entered in favor of Plaintiff.  This matter is reversed and remanded for calculation of benefits.  This is "sentence four remand" within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED this 8th  day of February, 2008.


_____
UNITED STATES MAGISTRATE JUDGE